DIETGOAL INNOVATIONS LLC,
Plaintiff–Appellant

v.

BRAVO MEDIA LLC, (Division of
NBC Universal Media, LLC),
Defendant–Appellee.

No. 2014–1631.

United States Court of Appeals,
Federal Circuit.

April 8, 2015.

Eric William Buether, Buether Joe & Carpenter LLC, Dallas, TX, argued for plaintiff-appellant.

J. Christopher Carraway, Klarquist Sparkman, LLP, Portland, OR, argued for defendant-appellee. Also represented by Norman Andrew Sfeir.

Vera Ranieri, Electronic Frontier Foundation, San Francisco, CA, for amici curiae Application Developers Alliance, et al. Also represented by Daniel K. Nazer; Charles Duan, Public Knowledge, Washington, DC.

DYK, MAYER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.